UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
                                         )
             v.                          )   Criminal No. 24-cr-56 (APM)
                                         )
EZRA GRIFFITH,                           )
                                         )
             Defendant.                  )
                                         )

## VERDICT FORM

**Count One**

How do you find the defendant **EZRA GRIFFITH**, on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____ Not Guilty          \_\_\_✓\_\_\_\_\_ Guilty

19 September 2024
DATE

Issue 2:15²